Argued and submitted January 31, reversed and remanded in part; vacated in part; otherwise affirmed in part May 29, 1996

STATE OF OREGON,
*Respondent,*

*v.*

MAX EDWARD MULLER,
*Appellant.*

(C940698CR; CA A86521)

917 P2d 76

Eric R. Johansen, Deputy Public Defender, argued the cause for appellant. With him on the briefs was Sally L. Avera, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Conviction for first degree robbery reversed and remanded for new trial; compensatory fine vacated; otherwise affirmed. *State v. Alben,* 139 Or App 236, 911 P2d 1239, *rev den* 323 Or 153 (1996).